DOUGLAS JAFFE, ESQ. Bar No. 170354
LAW OFFICES OF DOUGLAS JAFFE
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4945
Facsimile: (619) 400-4810
Dougjaffelaw@gmail.com

Attorneys for Mario Montes Mora

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: ) Case No.: 23-03639-7
)
RODRIGO AGUIRRE, )
) **NOTICE OF APPEARANCE AND**
Debtor. ) **REQUEST FOR SPECIAL NOTICE**
)

　　PLEASE TAKE NOTICE that Douglas Jaffe, 501 West Broadway, Suite 800, San Diego, California 92101, (619) 400-4945, hereby enters his appearance as attorney on behalf of Mario Montes Mora and requests notice of all proceedings and filings and requests to be put on the Court's service list at the following:

DOUGLAS JAFFE, ESQ.
LAW OFFICES OF DOUGLAS JAFFE
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4945
Facsimile: (619) 400-4810
Dougjaffelaw@gmail.com

.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  i. Right to have any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by a United States District Court Judge;

  ii. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 11 U.S.C. Section 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  iii. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  iv. Other rights, claims, actions, defenses, set offs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: December 13, 2023    LAW OFFICES OF DOUGLAS JAFFE

              /s/Douglas Jaffe, Esq.
              Douglas Jaffe, Esq.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 501 West Broadway, Suite 800, San Diego, California 92101.

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew Griffin, Esq. Griffinlaw@mac.com
- Ronald E. Stadtmueller, Esq. ecfstadt@aol.com
- United States Trustee ustp.region15@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with the United States Postal Service, postage prepaid, and addressed as follows.

☐ Service information continued on attached page

1

Proof Of Service

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/23 | Douglas Jaffe, Esq. | /s/Douglas Jaffe, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |